IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

G4 GATOR, LLC,

    *Plaintiff,*

v.                                                             Case No.: 1:22cv51-MW/GRJ

QUINCY SCOTT,

    *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted in part and rejected in part**.[1] This Court lacks subject matter jurisdiction; moreover, Defendant has failed to amend his initial motion to proceed *in forma pauperis* or pay the filing fee, has failed to prosecute, and has failed to comply with an order of this Court. Because Defendant improperly removed this action from state court, this case is

---

[1] The Magistrate Judge recommends dismissal of this action; however, because this case was originally removed from state court, this Court is remanding the action instead of dismissing it.

**REMANDED** to the County Court of the Eighth Judicial Circuit in and for Alachua County, Florida. The Clerk shall take all necessary steps to effect the remand and close the file.

**SO ORDERED on May 13, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
